IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ULTIMATE ARCADE, INC., Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 4:14-cv-00942 |
| | § | |
| | § | |
| | § | |
| GET SET GAMES INC., Defendant | § | |
| | § | **JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL FED. R. CIV. P. 41(a)(1)

The parties have settled the matters raised in this case. Defendant has not been served or filed an answer or otherwise appeared. Plaintiff Ultimate Arcade, Inc. hereby dismisses its claims against Defendant Get Set Games Inc. with prejudice.

        Respectfully submitted,

        Lundeen & Lundeen, PLLC
        2710 Louisiana St.
        Houston, Texas 77006
        (713) 652-2555 Tel.
        (713) 652-2556 Fax


           /Marcee G. Lundeen/
        Marcee G. Lundeen
        State Bar No. 12695500
        Attorney in Charge

Date:  May 28, 2014

OF COUNSEL:
Daniel N. Lundeen
State Bar No. 12695250
Lundeen & Lundeen PLLC