UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Ultimate Arcade, Inc., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. H-14-942 |
| Get Set Games Inc., | § § | |
| Defendants. | § § | |

ORDER

Pursuant to the Notice of Dismissal, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk shall send a true copy to all counsel of record.

Signed this __30__ day of May, 2014.

DAVID HITTNER
United States District Judge